**Order entered July 30, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00903-CV

### IN RE W.O.H., Relator

**Original Proceeding from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JD-25148-W**

## ORDER

Before Chief Justice Wright, Justice Bridges and Justice Stoddart

Based on the Court's opinion of this date, we **DISMISS** the petition for lack of jurisdiction. We **ORDER** relator to bear the costs of this original proceeding.

/s/     CRAIG STODDART
          JUSTICE